THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN FABRI, Appellant.

(Argued June 6, 1929; decided July 11, 1929.)

*R. J. Shanahan* for appellant.
*Clarence Unckless, District Attorney* (*William C. Martin* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.